IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLES TALBERT,** | : | CIVIL ACTION |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | NO. 12-6401 |
| | : | |
| **MHM CORRECTIONAL SERVICES, INC.,** | : | |
| | : | |
| **Defendant** | : | |

## O R D E R

**AND NOW,** this   19th   day of June, 2014, upon consideration of the defendant's motion for summary judgment (Document #74), IT IS HEREBY ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

  /s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.